*Avery & Riddle and Mull & Patton for plaintiff.*
*Ervin & Ervin for defendant.*

PER CURIAM. The Court being evenly divided in opinion, *Clarkson, J.,* taking no part in the consideration or decision of the case, the judgment of the Superior Court stands affirmed in accordance with the general practice of appellate courts, without becoming a precedent. *Nebel v. Nebel,* 201 N. C., 840; *Durham v. Lloyd,* 200 N. C., 803, 157 S. E., 136.

Affirmed.

---

W. G. HARRISON, ADMINISTRATOR, v. SOUTHERN RAILWAY COMPANY ET AL.

(Filed 18 May, 1932.)

APPEAL by plaintiff from *Sink, J.,* at March Term, 1932, of BUNCOMBE.

Civil action to recover damages for an alleged wrongful death, instituted 6 November, 1931, against Southern Railway Company, a corporation chartered under the laws of Virginia, and J. W. McSherry, a citizen and resident of Buncombe County, N. C.

The corporate defendant, in apt time, filed its petition and bond for removal of the cause to the District Court of the United States for the Western District of North Carolina, for trial, on the ground of diverse citizenship, alleging in its petition that no summons had been served on J. W. McSherry, for that he was dead, having died some days prior to the issuance of said summons, and that the action was solely between plaintiff and the corporate defendant. The petition also shows the presence of the requisite jurisdictional amount. Motion by plaintiff to make administratrix of J. W. McSherry's estate party defendant denied, and motion to remove allowed. Plaintiff appeals.

*Joseph W. Little for plaintiff.*
*R. C. Kelly and Jones & Ward for defendant, Southern Railway Company.*

PER CURIAM. Affirmed on authority of *Huntley v. Express Co.,* 191 N. C., 696, 132 S. E., 786, and *Morgan v. Morgan,* 2 Wheat., 290, 4 Law Ed., 242.

Affirmed.